# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Eddy, Cynthia R. | U.S. District Court, Western District of Pennsylvania | 08/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (Full Time) | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. District Court, Western District of Pennsylvania
700 Grant Street
Suite 1600
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 08/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 08/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dollar Bank (Y) | | | | | | | | | |
| 2. PNC Bank (cash) | A | Interest | M | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. American Century Mid Cap Value Inv (ACMVX) | B | Dividend | K | T | Buy | 02/28/17 | K | | |
| 5. | | | | | Sold (part) | 04/04/17 | J | | |
| 6. | | | | | Sold (part) | 09/22/17 | J | | |
| 7. American Century Small Cap Val Fd Inv (ASVIX) | A | Dividend | J | T | Buy | 02/28/17 | J | | |
| 8. American Growth Fund of America F1 (GFFFX) | C | Dividend | L | T | Buy | 03/02/17 | L | | |
| 9. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 10. | | | | | Sold (part) | 09/22/17 | J | | |
| 11. American Funds Euro Pacific (AEPFX) | A | Dividend | | | Sold | 03/01/17 | K | | |
| 12. Artisan Mid Cap Value Fund (APDQX) | A | Dividend | | | Sold | 02/27/17 | K | | |
| 13. Baron Growth Fund Stocks (BGRIX) | C | Dividend | | | Sold | 02/27/17 | K | | |
| 14. Blackrock Equity Dividend (MADVX) | D | Dividend | | | Sold | 02/27/17 | L | | |
| 15. Blackrock Capital Appreciation (MAFGX) | C | Dividend | | | Sold | 02/27/17 | M | | |
| 16. Center Coast MLP Focus Fund (CCCNX) | B | Dividend | | | Sold | 02/27/17 | K | | |
| 17. Eagle Mid Cap Growth Fund Stocks (HAGAX) | A | Dividend | | | Sold | 03/01/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eaton Vance Global Macro Abs Ret I (EGRIX) (X) | A | Dividend | | | Sold (part) | 03/23/17 | J | | |
| 19. | | | | | Sold | 09/25/17 | J | | |
| 20. Federated Total Return Bond Is (FTRBX) | B | Dividend | L | T | Buy | 02/28/17 | L | | |
| 21. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 22. | | | | | Sold (part) | 09/22/17 | J | | |
| 23. Fidelity Advisor Floating Rate (FFRIX) | B | Dividend | | | Sold (part) | 02/27/17 | K | | |
| 24. | | | | | Sold (part) | 03/21/17 | J | | |
| 25. | | | | | Sold | 09/22/17 | J | | |
| 26. Harding Loevner Intl Equity Port Inv (HLMIX) | A | Dividend | K | T | Buy | 02/28/17 | K | | |
| 27. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 28. | | | | | Sold (part) | 09/22/17 | J | | |
| 29. Invesco Developing Markets Fd A (GTDYX) | A | Dividend | J | T | Buy | 03/02/17 | J | | |
| 30. | | | | | Sold (part) | 09/25/17 | J | | |
| 31. JP Morgan Value Adv Fd Cl L (JVAIX) | A | Dividend | L | T | Buy | 02/28/17 | L | | |
| 32. | | | | | Sold (part) | 04/04/17 | J | | |
| 33. | | | | | Sold (part) | 09/22/17 | J | | |
| 34. Lord Abbett Short Duration Inc Cl F (LDLFX) | B | Dividend | K | T | Buy | 03/02/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 36. | | | | | Sold (part) | 09/25/17 | J | | |
| 37. Lord Abbett High Yield Cl A (LHYAX) | A | Dividend | | | Buy | 03/02/17 | K | | |
| 38. | | | | | Sold (part) | 03/23/17 | J | | |
| 39. | | | | | Sold | 04/06/17 | J | | |
| 40. Mainstay Epoch Global Equity Yld I (EPSYX) | A | Dividend | K | T | Buy | 02/28/17 | K | | |
| 41. | | | | | Sold (part) | 09/22/17 | J | | |
| 42. Oppenheimer Senior Floating Rate Fund (OOSYX) | C | Dividend | | | Sold | 03/01/17 | L | | |
| 43. Oppenheimer Developing Markets Class Y (ODVYX) | A | Dividend | | | Sold | 03/01/17 | L | | |
| 44. Pimco Income Fund Class P (PONPX) | C | Dividend | | | Sold | 02/27/17 | L | | |
| 45. Pimco Real Return Fund Cl I2 (PRLPX) | A | Dividend | K | T | Buy | 03/21/17 | K | | |
| 46. | | | | | Sold (part) | 09/22/17 | J | | |
| 47. Powershares FTSE RAFI US 1000 (PRF) | A | Dividend | L | T | Buy | 03/02/17 | L | | |
| 48. | | | | | Sold (part) | 04/06/17 | J | | |
| 49. | | | | | Sold (part) | 09/25/17 | J | | |
| 50. Royce Special Equity Fund (RYSEX) | B | Dividend | | | Sold | 02/27/17 | K | | |
| 51. Templeton Global Bond Adv Cl (TGBAX) | A | Dividend | J | T | Buy | 03/02/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/23/17 | K | | |
| 53. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 54. | | | | | Sold (part) | 09/25/17 | J | | |
| 55. T Rowe Price Real Estate Fund (TRREX) | A | Dividend | K | T | Buy | 02/28/17 | K | | |
| 56. | | | | | Sold (part) | 09/22/17 | J | | |
| 57. T Rowe Price Intl Discovery Fund (PRIDX) | A | Dividend | J | T | Buy | 02/28/17 | J | | |
| 58. | | | | | Sold (part) | 09/22/17 | J | | |
| 59. T Rowe Price Mid Cap Growth (RPMGX) | B | Dividend | K | T | Buy | 02/28/17 | K | | |
| 60. | | | | | Sold (part) | 04/04/17 | J | | |
| 61. | | | | | Sold (part) | 09/22/17 | J | | |
| 62. Vanguard Scottsdale Russell 1000 Growth (VONG) | B | Dividend | L | T | Buy | 03/02/17 | L | | |
| 63. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 64. | | | | | Sold (part) | 09/05/17 | J | | |
| 65. | | | | | Sold (part) | 09/25/17 | J | | |
| 66. Vanguard Small Cap Growth ETF (VBK) | A | Dividend | J | T | Buy | 03/02/17 | J | | |
| 67. | | | | | Sold (part) | 09/25/17 | J | | |
| 68. IRA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP Morgan Chase Bank NA (cash) | | None | K | T | | | | | |
| 70. Lululemon Athletica Inc (LULU) | | None | K | T | | | | | |
| 71. GS Fin Corp Mtn Zero Cpn (40054LS39) | | None | L | T | Buy | 09/29/17 | L | | |
| 72. IRA #3 (H) | | | | | | | | | |
| 73. UBS Bank Dep Acct (cash and money balances) (Y) | | | | | | | | | |
| 74. Vanguard Md-Cp Gw Idx Ad (VMGMX) | A | Dividend | | | Sold | 02/09/17 | K | A | |
| 75. Vanguard Mid-Cap Value Index Adm (VMVAX) | A | Dividend | | | Sold | 02/09/17 | K | A | |
| 76. Vanguard Growth Index Fund Admiral (VIGAX) | A | Dividend | | | Sold | 02/09/17 | L | A | |
| 77. Vanguard Emerging Markets Stock Index Fund Admiral (VEMAX) | A | Dividend | | | Sold | 02/09/17 | K | A | |
| 78. Vanguard Developed Markets Index Fund Class Admiral (VTMGX) | B | Dividend | | | Sold | 02/09/17 | K | A | |
| 79. Vangurad Value Index Fund Admiral (VVIAX) | B | Dividend | | | Sold | 02/09/17 | L | A | |
| 80. Vanguard Samll Cap Index Fund Admiral (VSMAX) | A | Dividend | | | Sold | 02/09/17 | K | A | |
| 81. Vanguard Short-Term Corp Bd Idx Admiral (VSCSX) | B | Dividend | | | Sold | 02/09/17 | L | A | |
| 82. Vanguard Interm-Term Bd Idx Adm Shs (VBILX) | B | Dividend | | | Sold | 02/09/17 | L | A | |
| 83. Vanguard High Yield Corporate Fund Admiral (VWEAX) | C | Dividend | | | Sold | 02/09/17 | L | A | |
| 84. Ford Motor Co Stock (F) | A | Dividend | | | Sold | 02/09/17 | J | A | |
| 85. BROKERAGE #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. UBS Bank Dep Acct. (cash and money balances) | A | Interest | | | Closed | 02/09/17 | K | | |
| 87. PNC Treasury MM (cash) | A | Interest | K | T | Open | 02/09/17 | K | | |
| 88. American Funds Europacific (AEGFX) | A | Dividend | J | T | | | | | |
| 89. Blackrock Capital Appreciation (MDFGX) | A | Dividend | J | T | | | | | |
| 90. Blackrock Equity (MDDVX) | A | Dividend | J | T | | | | | |
| 91. Carillon Eagle Mid Cap Growth (HAGAX) | A | Dividend | J | T | | | | | |
| 92. Franklin Utilities (FKUTX) | A | Dividend | J | T | | | | | |
| 93. Oppenheimer Developing Markets (ODMAX) | A | Dividend | J | T | | | | | |
| 94. Royce Special Equity (RYSEX) | A | Dividend | J | T | | | | | |
| 95. Alpine Ultra Short Tax Mutual Fund (ATOIX) | A | Dividend | J | T | | | | | |
| 96. Blackrock ST Municipal Fund (MELMX) | A | Dividend | J | T | | | | | |
| 97. Invesco Tax Free Intermediate Fund (ATFAX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 08/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All information in this report is based upon the filer's best available information and belief.

Part VII, lines 69 and 70: Transferred from IRA #1 to IRA #2; no reportable transactions.

Part VII, line 91: Name change; see 2016, line 60.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Eddy, Cynthia R. | 08/06/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cynthia R. Eddy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544